**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRYAN JALLO, | § | |
| Plaintiff, | § § § | JUDGE RON CLARK |
| v. | § | CASE NO. 4:15-CV-00745 |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC; | § § § | VSL |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Bryan Jallo has announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Bryan Jallo against Defendants Trans Union LLC and Experian Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

IT IS FURTHER ORDERED that all pending motions are DENIED as MOOT.

The Clerk is directed to CLOSE this case.

So **ORDERED** and **SIGNED** this **31** day of **May, 2016.**

_____
Ron Clark, United States District Judge